So Ordered.

Dated: July 7, 2021



_Rachel Blise_
Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: Cathy A Wahlgren | Case No. 21-22524-rmb |
| | Chapter: 7 |
| Debtor. | |

ORDER MODIFYING AUTOMATIC STAY AND FOR ABANDONMENT

    U.S.Bank Trust National Association, as Trustee of the Bungalow Series IV Trust, its successors, servicing agents and/or assignees (the "Movant") filed a motion for relief from the automatic stay and for abandonment, to exercise its rights and remedies with respect to the Debtor's property located at 2150 Whittington Court, Brookfield, WI 53045 (the "Property"). Due and proper notice of the motion was given, and no objections were filed. The facts recited in the motion show that the Movant's interest in the Property is not adequately protected or that other cause exists for granting the Movant's request for relief. The motion also sought relief from the co-debtor stay under 11 U.S.C. § 1301, though that section is not applicable in this chapter 7 case.

    IT IS THEREFORE ORDERED: the stay under 11 U.S.C. § 362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

    IT IS FURTHER ORDERED:  the Trustee is authorized and ordered to abandon the Property from the bankruptcy estate under 11 U.S.C. § 554, and abandonment is effective upon entry of this Order.

    IT IS FURTHER ORDERED: to the extent Bankruptcy Rule 3002.1 applies, the Movant is no longer required to file or provide the notices required by that Rule.

    IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

    IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####